

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| ELYSA FENENBOCK AND LAUREN FENENBOCK, | § | No. 08-17-00180-CV |
|  | § | Appeal from |
| Appellants, | § | 448th District Court |
| v. | § | of El Paso County, Texas |
| W. SILVER RECYCLING, INC., LANE GADDY, AND WESTON GADDY, | § | (TC # 2014-DCV1715) |
| Appellees. | § |  |

## MEMORANDUM OPINION

Appellants, Elysa Fenenbock and Lauren Fenenbock, have filed a motion to dismiss their appeal. We grant the motion and dismiss the appeal. Costs of the appeal are taxed against Appellants. *See* TEX.R.APP.P. 42.1(d).

October 11, 2017

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.